## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lori Robinson, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1.      I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been so employed since 2014.  I am currently assigned to the Manchester, New Hampshire field office. As part of my regular duties as an agent, I investigate criminal violations relating to a broad range of immigration and customs related statutes, including those relating to child exploitation, child pornography, and human trafficking.  I have received training in the area of child pornography and child exploitation, and as part of my duties have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. §2256) in various forms of media, including digital/computer media.  I have assisted investigations and executed search warrants involving child exploitation and child pornography offenses, including search warrants of electronic devices. I have received training relating to the trafficking in persons, including sex trafficking, and other offenses.

2.      I have participated in investigations of human trafficking, human smuggling, alien harboring, border violations, drug and firearm trafficking, and related offenses.  Many of these investigations have had national or international connections, and many required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies.  I have debriefed defendants, informants, and witnesses who have personal knowledge about human trafficking, including sex trafficking, and other crimes occurring in New Hampshire, nationally, and abroad.

3.      From my training and experience, I know that individuals are trafficked for several purposes.  Some of these purposes are subjection into involuntary servitude, peonage, debt bondage and slavery. Human trafficking is often accomplished through the use of fraud, force and coercion.  I am familiar with the federal and state laws which make it a violation to engage in human trafficking, such as 18 U.S.C. §§ 1581 through 1595 (Peonage, Slavery and Trafficking in Persons), and 18 U.S.C. §§ 2421 through 2428 (Transportation for Illegal Sexual Activity and Related Crimes).

4.      I submit this affidavit in support of a criminal complaint charging SHARATH CHANDRA BOLLU and KOTESHWARA RAJU JONNAGODDA with Attempted Sex Trafficking of a Minor, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), and 1594(a) and aiding and abetting in violation of 18 U.S.C. § 2.

5.      As described below, there is probable cause to believe that, on November 14 and 15, 2024,  in and around Manchester, in the District of New Hampshire, and elsewhere, BOLLU and JONNAGODDA, being aided and abetted each by the other, did knowingly in and affecting interstate and foreign commerce, attempt to entice, obtain, solicit, and patronize by any means a person, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

6.      This affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by interviewing witnesses and examining documents obtained in the course of the investigation as well as through other means.  This affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## **FACTUAL BACKGROUND**

7.      Beginning on or about November 13, 2024, law enforcement posted identical advertisements (the "Advertisements") on two different regional sites of a website commonly used to advertise prostitution services that contained images of what appeared to depict two young females and the following language:

> "Sweet & tight! Ready 2 have some fun!"
> "In town 4 a limited time only"
> "Cute & very petite girl that is tight from head to toe! Cum over to play with me!"
> "Text for donations. Incall only – safe and discrete location."

8.      The Advertisements listed the age as 99 years old[1] and each contained a contact phone number (the "Advertisement Numbers") that were monitored by law enforcement and operated by an undercover officer ("UC1").

9.      On or about November 14, 2024, the Advertisement Numbers received a text message from a phone number ending in -0801, now known to belong to SHARATH CHANDRA BOLLU ("BOLLU"), in response to one of the Advertisements.  Thereafter, a text conversation between UC1 and BOLLU ensued.[2]  UC1 stated that they had two minor girls—ages 12 years old and 14 years old—available for various sex acts in exchange for money.  The conversation continued over the course of more than 24 hours on both November 14 and November 15, 2024. During the conversation on November 14, 2024, BOLLU agreed to pay $150 to have sex with the 12-year-old girl:

| BOLLU | Hi |
|---|---|

---

[1] The website utilized by law enforcement requires users to be at least 18 years old to utilize the website's services.

[2] At different times, the number ending in 0801 was communicating with each of the two Advertisement Numbers.

| UC1 | hey hun.. u lookin for a good time? i got two beauties |
| --- | --- |
| BOLLU | Can I have pics |
| UC1 | i can send one of each.. i have my 12 yo izzy n 14 yo leila both are lots of fun n play well togther too |
| BOLLU | Pic |
| UC1 | u want izzy or leila pic? |
| BOLLU | Both |
| UC1 | this is izzy [picture sent] [3] |
| BOLLU | Leila |
| UC1 | leila [picture sent] |
| BOLLU | Can I have video verification |
| BOLLU | Can I know price |
| UC1 | dont do videos have had guys turn us into the police n im not lookin for trouble. ur not a cop r u? if u are u have to tell me |
| BOLLU | No |
| BOLLU | Can I know price |
| UC1 | rates depend on service.. if u wanna see one girl its hh $150 or hr is $200 if 2 girls is more ur thing hr is $400 n hh is $200 |
| BOLLU | Can u have already another pic |
| UC1 | i dont mk $$ sending pics.. i can send one more. which girl u want? |
| BOLLU | Leila |
| UC1 | isnt she a real beauty [picture sent] |
| BOLLU | I sorry izzy |
| BOLLU | Please |
| BOLLU | There |
| UC1 | this is izzy but no more pics!! [picture sent] |
| BOLLU | Ok can I have location |
| UC1 | which girl u want?? |
| BOLLU | Izzy |
| UC1 | n what service |
| BOLLU | Which will you provide |
| UC1 | hr its $300 n hh is $150.. xtras r more $$ |
| BOLLU | Hh |
| UC1 | do u want bare or u wanna bring condoms? bare is $50 more.. izzy doesnt do anal bc shes still little |
| BOLLU | I don't have condom |

---

[3] Photographs sent did not depict actual minors.

| BOLLU | No bare |
|---|---|
| BOLLU | Can I have location |
| UC1 | can u get condoms since u dont want bare.. it would be $150 for half hour |
| BOLLU | Ok |
| BOLLU | Location |
| UC1 | what time u wanna come? |
| BOLLU | Iam thinking |
| BOLLU | I want to come now |
| BOLLU | There |
| BOLLU | Hlo |
| UC1 | were in manchester hun how far are you? |
| BOLLU | Lowell |
| UC1 | i dont know where that is lol but were at [hotel name redacted] hun |
| UC1 | dont forget condoms bc my izzy is 12 years old and i cant have her catching something |
| BOLLU | Ok |
| BOLLU | Location |
| UC1 | let me know when youre getting close. the $150 is for half hour full sex no anal shes too  little |

10.     UC1 then provided BOLLU the address of a hotel in Manchester, NH ("Hotel") as the location of the date with the 12-year-old girl. BOLLU then indicated that he would plan to come the following evening, November 15, 2024, to have sex with the 12-year-old girl.

11.     On November 15, 2014, BOLLU re-initiated the conversation with UC1. BOLLU through text messages with UC1 and phone calls with other undercover agents agreed to pay $100 to have sex with the 12-year-old girl:

| BOLLU | Hi |
|---|---|
| BOLLU | Gm |
| BOLLU | There |
| UC1 | hey hun.. just getting goin today how r u? |
| BOLLU | Good |
| BOLLU | How are you |
| UC1 | good hun u ready to party? |
| BOLLU | Yes |
| BOLLU | Can I have a pic of izzy please |
| BOLLU | There |
| UC1 | no more pics! I told u ! we dont mk $$ sending pics |

5

| BOLLU | Just one pic |
|-------|------|
| BOLLU | Just one |
| UC1 | Nope |
| BOLLU | I will not ask again |
| BOLLU | I just need one |
| BOLLU | Pic |
| UC1 | dude ur kinda sketch u told me u were comin n i sent u the address n then u didnt come.. i feel like ur just trying to get free pics |
| UC1 | if this isnt ur thing its cool i told u my girls are specialty n are not for everyone |
| BOLLU | Ok sorry |
| BOLLU | I will be there at 8.00 pm today |
| BOLLU | Same location right |
| UC1 | no need to apologize just lmk if ur coming so i can have her ready. hmu when ur ready and i will let you know 😊 |
| UC1 | shell be ready and excited to see you 😊 |
| BOLLU | Ok same address right |
| UC1 | hun for our safety i will let u know when ur ready .. hope u understand |
| BOLLU | Ok |
| UC1 | just bring condom since u dont want bare ok |
| UC1 | i forgot how much time u want.. did u want hour or just hh? |
| BOLLU | You don't have condom |
| BOLLU | First I want hh |
| UC1 | okay itll be $150 but no rough stuff bc shes young.. lmk if thats okay with u  but the $150 is for full service |
| BOLLU | Ok |
| UC1 | most clients prefer their own condom n reason i am asking 😊 |
| BOLLU | I really don't condoms so can you provide |
| BOLLU | There |
| UC1 | ill try hun i just dont know how many ill have left by the time u get here.. |
| BOLLU | I just need one |
| BOLLU | And can I know how many time I can ejaculate a in 30 min |
| UC1 | however multiple shots on goal u can do in ur time is all good |
| UC1 | u pay for ur time hun |
| BOLLU | Ok |
| BOLLU | Can I know qv price |
| UC1 | quick visit is $100 hun |
| BOLLU | Ok |
| BOLLU | Can I call you once |
| BOLLU | [Phone call] |
| BOLLU | There |
| UC1 | ya you can call hun |
| BOLLU | Just now I called |
| BOLLU | You are not lifting the call |

| UC1 | oh sorry ill call you back |
|---|---|
| BOLLU | Can I call now |
| BOLLU | [phone call] |
| UC2 | [phone call] |
| UC1 | let me know ur on the way jut want to mk sure izzy is ready for ya.. shes very excited to see you 😊 |
| BOLLU | Ok |
| BOLLU | Can I have a video verification it showing me your number if spam risk |
| BOLLU | Can I have video verification |
| BOLLU | Please |
| UC1 | dude its not like my number is going to come back to my name?!? like seriously! i dont do video i told u already |
| BOLLU | But it showing me your number is spam risk |
| BOLLU | Can you please just 5 sec |
| BOLLU | Video verification |
| UC1 | dude STOP asking for video!!! NO VIDEO!!! If u dont want to come its fine!! But no video!!!!! I already talked to you on the phone. |
| BOLLU | It least 5 sec video |
| BOLLU | Please |
| BOLLU | Or can I have a video than |
| BOLLU | Just for 5 sec |
| UC1 | Dude i already told u NO!!!! stop asking! its not going to happen i dont do that. okay! |
| BOLLU | Can I have atleast a pic that showing hand |
| BOLLU | Please |
| UC1 | a pic with what?? a hand?? |
| UC1 | of which girl?? |
| UC1 | and this would be the last thing im sending!!!! if u dont want to come dont but stop asking for video or verification!! I dont operate like that |
| BOLLU | Izzy pic |
| BOLLU | Just one pic |
| UC1 | Last Photo!!! Izzy saying hi! [picture sent] |
| BOLLU | I think it's a photo shop |
| BOLLU | Same pic edited |
| UC1 | okay dude nothing is photo shopped okay! im about to block you! these are real pics im sending if u dont like them thats on you!!! |
| BOLLU | [photo sent] |
| BOLLU | But they seem to be same |
| BOLLU | Ok iam gonna come |
| UC1 | well dude you wanted specific pics and im sending wat u asked for.. i dont even know how to change pics |
| UC1 | and if u dont want to come its cool too!!! u decide |
| BOLLU | Ok can I have another pic just different one |
| BOLLU | I really want to come but |

| | |
|---|---|
| BOLLU | I just want to verify |
| UC1 | NOPE!!! No more photos! Ive already sent more than I usually do. I spoke to you on the phone. Im scared too. Im scared all the time. I have lots to lose. just stop texting me if ur not coming. I have lots of guys messaging. Just please stop asking for verification. Just stop! |
| BOLLU | I really want to come |
| BOLLU | I just need one pic |
| UC1 | stop texting me unless ur coming. im not sending anymore pics. NO MORE!!!!!! |
| BOLLU | Ok |
| BOLLU | [phone call] |
| BOLLU | Hi there |
| BOLLU | [phone call] |
| UC2 | [phone call] |
| BOLLU | [phone call] |
| BOLLU | [phone call] |
| BOLLU | Hey<br>I am 5 mins away |
| BOLLU | Just want to let you know |

12.    BOLLU also communicated with UC1 through the phone number posted with the second identical advertisement on November 15, 2024, during the same period of time that he was communicating with UC1 through the number associated with the first identical advertisement:

| | |
|---|---|
| BOLLU | Hi |
| BOLLU | Hi |
| BOLLU | There |
| UC1 | HI |
| BOLLU | Available |
| UC1 | I got couple girls available.  I negotiate deal.  No extras.  No pics or video.  U come have fun pay and leave quietly |
| BOLLU | Ok |
| BOLLU | Can I know the price |
| UC1 | I got 12 yo Izzy and 14 yo Laila.   Prices depend on how many u want and what u want |
| BOLLU | 12 yo? |
| UC1 | thats their ages. not their sizes |
| BOLLU | What 12 yo |
| UC1 | yes. 12 years old but she has experince with men |
| BOLLU | Can I have video verification |
| BOLLU | Just for 5 sec |

8

| | |
|---|---|
| UC1 | NO FUCKING WAY>  JUST TOLD U THAT.  U ASK AGAIN I DONE TALKING |
| BOLLU | Ok |
| BOLLU | Can I atleast have a pic |
| UC1 | U HAVE PICS.  We talked earlier.  I aint fucking around with u any more. |
| BOLLU | Can I know price |
| UC1 | QV is $75.  Half hour is $150.  Hour is $300.   You must have condom or pay extra $50. |
| UC1 | you want 14 year old girl or 12 year old girl. |
| BOLLU | Location |
| BOLLU | 14 |
| BOLLU | Did you have more than 18 years girl |
| UC1 | NO I have those 2 girls.  If you dont like younger.   GO pick another ad |
| UC1 | Do you want butt stuff.   Do you have condoms. |
| UC1 | how ong do you want to screw her for? |
| BOLLU | I don't have condom |
| BOLLU | Hh |
| UC1 | Half hour.  No condom is $225. Liala the 14 year old.  Full sex.  Deal or not? |
| BOLLU | Will you provide condom |
| BOLLU | I need condom |
| BOLLU | First I will try qv |
| UC1 | I will if you send me picture of your cash right now to show u are for real! |
| BOLLU | Iam gonna come |
| BOLLU | At 8.00pm |
| BOLLU | Just I need the address |
| UC1 | if u schedule 15 minutes thats all you get cuz i schedule appointments. |
| BOLLU | Ok I will be there at 8.00 |
| UC1 | You will get address when you message me back at 8pm and show me you got the money in cash |
| BOLLU | Can I know the address |
| UC1 | not giving it to you now. |
| UC1 | We are in Manchester New Hampshire.  Message me at 8pm.  I will have Laila ready for 30 minutes.  Send pic of cash and i give you condom.  we talk, you fuck, you pay and you leave |
| UC1 | no videos, no pictures, so dont ask |
| UC1 | if you get out of work earlier.  Message me then. |
| UC2 |    [Phone call] |
| BOLLU |    [Phone call] |

13.    As noted in the charts above, BOLLU also had phone calls with the Advertisement

Numbers several times on November 15, 2024, and spoke to another undercover agent ("UC2"),

who was posing as the person who posted the Advertisements and the user of the Advertisement

Numbers. During one call, BOLLU asked to speak with the 12-year-old girl. In a subsequent call,

another undercover agent ("UC3") spoke with BOLLU and UC2. UC3 used a high-pitched voice

and posed as the 12-year-old girl. On this call, BOLLU indicated that he planned to "have fun"

with the 12-year-old girl and that he wanted her to wear black panties when they met.

14.    Shortly thereafter, BOLLU called one of the Advertisement Numbers and indicated

that he wanted to bring a "friend" to the planned encounter and that the friend also wanted to have

sex with the 12-year-old girl after BOLLU. In a subsequent call with the -0801 number, UC2 spoke

to BOLLU and confirmed that the friend also wanted to pay to have sex with the 12-year-old girl,

one after the other. On that call, UC2 asked to speak to BOLLU's friend and BOLLU was then

joined on the call by his friend, now believed to be KOTESHWARA JONNAGODDA.

JONNAGODDA spoke to UC2 and indicated that he wanted to have sex with the 12-year-old girl,

that he understood that the purported girl was 12-years old, and that he was not into "rough stuff."

JONNAGODDA also agreed to pay $100 to have sex with the 12-year-old girl for 15 minutes. He

confirmed that he wanted to have sex with the same 12-year-old girl as BOLLU, after BOLLU's

time was finished. JONNAGODDA also confirmed that he and BOLLU would bring condoms.

UC2 asked JONNAGODDA and BOLLU to wait at a nearby pharmacy.

15.    BOLLU resumed text messaging with the Advertisement Numbers, indicating that

he and JONNAGODDA had gone to a nearby pharmacy before arriving at the hotel.

16.    When BOLLU called one of the Advertisement Numbers and indicated that he and

JONNAGODDA had arrived at the Hotel , UC2 asked BOLLU to drive from the front to the back

of the hotel to meet UC2. Moments later, a Black SUV pulled into the back area of the Hotel parking lot. After UC2 approached the vehicle, BOLLU rolled down his window and had a conversation with UC2. BOLLU and JONNAGODDA were together in the car. BOLLU was the driver and JONNAGODDA was seated in the passenger seat. During the conversation, both BOLLU and JONNAGODDA stepped out of the vehicle and continued to speak with UC2 in the parking lot beside the vehicle. UC2 confirmed with both BOLLU and JONNAGODDA that they each wanted to have sex with the 12-year-old girl one at a time. UC2 asked both BOLLU and JONNAGODDA to show her the cash for the agreed transaction and both of them confirmed that they had the agreed amount.

17. Law enforcement then arrested BOLLU and JONNAGODDA and took them into custody in the parking lot. BOLLU's black iPhone was seized from his person. A gray iPhone was seized from JONNAGODDA's person. During a search of the car, law enforcement officers located a white iPhone in the center console. Officers seized all three phones.

18. Officers then placed a call to the -0801 number that had been used to communicate with UC1 and observed the black iPhone ringing.

19. During a search of BOLLU's person at the time of his arrest, officers located the black iPhone, one condom, car keys, one $100 bill, two $20 bills, and one $10 bill.

20. During a search of JONNAGODDA's person at the time of his arrest, officers located the gray iPhone, two bank cards, two condoms, a $100 bill, and five $1 bills.

21. During a search of the vehicle, in addition to the white iPhone, Officers located a box of condoms, several condoms outside of the box, a wallet, and a driver's license belonging to BOLLU.

22.     Officers subsequently reviewed security video footage of BOLLU and JONNAGODDA inside a nearby Rite Aid pharmacy shortly before they arrived at the hotel. In the video, JONNAGODDA is seen purchasing a box of condoms. Officers also obtained a receipt from the Rite Aid pharmacy which matches this purchase.

23.     Officers also obtained information that the car was a rental car that had been rented in BOLLU's name.

## **CONCLUSION**

24.    Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging BOLLU and JONNAGODDA with attempted sex trafficking of a minor, in violation of Title 18, United States Code, Sections 1591(a)(1), b(1) and 1594 and aiding and abetting in violation of 18 U.S.C. § 2.


/s/ Lori Robinson_____
Lori Robinson, Special Agent
Homeland Security Investigations


Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1 by
telephone, on this 17th day of November, 2024.

_____
HONORABLE ANDREA K. JOHNSTONE
UNITED STATES MAGISTRATE JUDGE